

# United States District Court
# Eastern District of California

| Jose Ismael Aquino Quintanilla |
|---|

Plaintiff(s)

V.

| Orestes Cruz, et. al. |
|---|

Defendant(s)

Case Number:  | 1:26-cv-01342-DJC-SCR |

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Aleksandra N. Gontaryuk hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Jose Ismael Aquino Quintanilla

On 10/01/2014 (date), I was admitted to practice and presently in good standing in the Supreme Court of New Jersey (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 05/20/2026          Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: Aleksandra N. Gontaryuk

Law Firm Name: AG Law Firm

Address: 17A Joyce Kilmer Avenue North

1st Floor

City: New Brunswick    State: NJ    Zip: 08901

Phone Number w/Area Code: (908) 336-7550

City and State of Residence: East Brunswick, New Jersey

Primary E-mail Address: aleks@aglawnj.com

Secondary E-mail Address: aglawnj@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Alexa S. White

Law Firm Name: Millicent Law Group, LLC

Address: 2451 Crystal Drive, Suite 600

City: Arlington    State: VA    Zip: 22202

Phone Number w/Area Code: (202) 948-7948    Bar # 343072

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 21, 2026

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE